# United States District Court
## EASTERN DISTRICT OF VIRGINIA

WARRANT FOR ARREST

UNITED STATES OF AMERICA
V.

05 - 0478M - 01.

Ali Jamil Al-Habahbih
LAST KNOWN ADDRESS

CASE NUMBER : 1:02cr569

DOB:

**FILED**
AUG 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest <u>Ali Jamil Al-Habahbih</u> and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice _X_ Probation Violation Petition

charging him or her with (brief description of offense):

Violation of Probation- See Attached Petition

In Violation of Title <u>18</u> United States Code, Section(s) <u>3565</u>

P. Metzger
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

10-20-2004
<u>401 Courthouse Square Alexandria, VA 22314</u>
Date and Location

| Date Received<br>8/24/2005 | Name and Title of Arresting Officer<br>DUSM TAn OsmunD | Signature of Arresting Officer<br>[signature] |
|---|---|---|
| Date of Arrest<br>8/24/2005 | | |