# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF VIRGINIA

OCT 20 2004

U.S.A. vs. Ali Jamil Al-Habahbih        Docket No. 1:02CR00569-001

### Petition on Probation

COMES NOW Randall E. Hyler, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ali Jamil Al-Habahbih, who was placed on supervision by the Honorable Claude M. Hilton sitting in the Court at Alexandria, Virginia, on the 7th day of March, 2003, who fixed the period of supervision at 2 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall cooperate with any orders or directives of the Immigration and Naturalization Service.

2. The defendant shall pay a $100 special assessment fee as directed by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Bond Recommendation: No bond.

DOB:                                        FBI NO.:   850861FB2
SSN:                                        REG. NO.:  24436-038
SEX:     Male                               ADDRESS:   (Last known address)

RACE:    White/Non-Hispanic
                                            PHONE:     N/A

ORDER OF COURT                              Respectfully,

Considered and ordered this 20th day
of Oct., 2004 and ordered
filed and made a part of the records
in the above case.
                                            _____
                                            Randall E. Hyler
                                            U.S. Probation Officer

_____             Place Alexandria, Virginia
Chief United States District Judge          Date 10/19/04

TO CLERK'S OFFICE

Petition on Probation
Page 2
RE: AL-HABAHBIH, Ali Jamil

OFFENSE: Fraud and Misuse of Visas, Permits and Other Documents (Felony).

SENTENCE: Five months incarceration with the U.S. Bureau of Prisons followed by 2 years supervised release.

ADJUSTMENT TO SUPERVISION: The defendant was released from the U.S. Bureau of Prisons on March 14, 2003, to a detainer from the Bureau of Immigration and Customs Enforcement (BICE). On April 10, 2003, the defendant was released from BICE pending a deportation hearing. The defendant remained on active supervision until his deportation hearing on November 14, 2003, at which time he was ordered deported from the United States. Contact with BICE agents indicated the defendant was taken into custody at that time pending deportation. His case was placed in inactive status by our office. However, recent contact with BICE reveals that only the defendant's attorney appeared for the deportation hearing and the defendant has been a fugitive since November 14, 2003.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:** COMMISSION OF A CRIME - DRIVING UNDER THE INFLUENCE, OBSTRUCTION OF JUSTICE, SPEEDING, AND NO VALID DRIVER'S LICENSE.

An FBI Flash report received on October 12, 2004, indicated the defendant was arrested in Merriam, Kansas, on September 17, 2004, and charged with Driving Under the Influence, Obstruction of Justice, Speeding, and No Valid Driver's License. The police report indicated these matters were scheduled before the Municipal Court of the City of Merriam, Kansas, for October 12, 2004.

According to the police report, on September 17, 2004, at approximately 3:13 a.m., an officer observed a vehicle traveling at a high rate of speed and initiated a traffic stop. As soon as the vehicle came to a stop, the officer observed the two front seat passengers switch seats, and the actual driver of the vehicle was later identified as the defendant. The vehicle had three other occupants who all later admitted that the defendant was the actual driver of the vehicle. When the officer contacted the defendant, he observed his eyes were very blood shot and smelled a strong odor of alcohol coming from his person. The defendant admitted to having consumed alcohol prior to the traffic stop but denied he was the driver of the vehicle. The defendant agreed to perform field sobriety testing, which he failed, and a preliminary breath test showed a BAC level of .164. The defendant was transported to the police station for an Intoxilyzer breath test which the defendant refused to take. The defendant was advised of his Miranda rights and admitted he was the driver of the vehicle and stated he consumed two beers and three shots prior to driving. The defendant advised the officer he was in town visiting friends but that he was leaving the following day to return to his residence in Washington, D.C., and was then moving back to France.

Petition on Probation
Page 3
RE: AL-HABAHBIH, Ali Jamil

The defendant advised the officer that he lived with his father in Washington, D.C., and had his driver's license through Washington, D.C. The officer was unable to locate the defendant's license either through Virginia or D.C., and the defendant could not provide any form of identification. The defendant was given a court date of October 12, 2004, and transported to jail to be placed on an 18 hour hold.

At this time, the probation office has no verification of the defendant's current address. At the time of his arrest, he reported an address of _____. The probation office is aware the defendant previously resided at _____ and his last known address with the probation office was _____.
The defendant's current whereabouts are unknown.

SPECIAL CONDITION:    THE DEFENDANT SHALL COOPERATE WITH ANY ORDERS OR DIRECTIVES OF THE IMMIGRATION AND NATURALIZATION SERVICE.

The defendant was ordered deported from the United States on November 14, 2003, by the Immigration Court in Arlington, Virginia. He failed to appear for his hearing, his whereabouts are unknown, and he is considered a fugitive.

PEH/kar