**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 8/30/05

Nancy Mayer-Whittington
Clerk of the Court

RECEIVED MAILROOM
AUG 3 1 2005
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Address of Other Court:
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA. 22314-5798

02cr569

RE: 05MG478
Ali Jamil Al-Habahbih

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other- Blotter dated 8/26/05 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

FILED
SEP 0 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk



RECEIVED
SEP 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT